*In re* COMITÉ ASESOR PERMANENTE DE REGLAS DE PROCEDIMIENTO CIVIL.

*Número:* EC-2005-01      *Resuelto:* 8 de septiembre de 2005

## RESOLUCIÓN

En virtud de esta resolución se reactiva el Comité Asesor Permanente de Reglas de Procedimiento Civil, adscrito al Secretariado de la Conferencia Judicial, con la encomienda de evaluar las Reglas de Procedimiento Civil a la luz de la Ley de la Judicatura de Puerto Rico de 2003, Ley Núm. 201 de 22 de agosto de 2003 (4 L.P.R.A. sec. 24 *et seq.*), según enmendada. Los trabajos del Comité deberán enmarcarse en el desarrollo de un proyecto moderno de Reglas de Procedimiento Civil que esté dirigido principalmente a agilizar los procedimientos judiciales.

El Comité estará facultado para crear subcomités de trabajo compuestos de expertos en la materia, quienes le asistirán en la tarea de completar un proyecto de reglas en el término de nueve meses.

El Tribunal agradece la labor realizada por los anteriores miembros del Comité Asesor Permanente, quienes cumplieron su encomienda de entregar un Proyecto de Reglas de Procedimiento Civil, conforme le fuera solicitado mediante Resolución de 16 de junio de 1995. Se designan como nuevos miembros de este Comité a las personas siguientes:

Lcdo. José Andréu García, *presidente*

Lcda. Lady Alfonso de Cumpiano

Lcdo. Francisco G. Bruno Rovira

Lcda. Waleska Delgado Marrero

Hon. Héctor Conty Pérez
Lcdo. José A. Cuevas Segarra
Lcdo. Rafael Hernández Colón
Lcdo. Luis Maldonado Guzmán
Lcdo. José E. Otero Matos
Lcdo. Jorge Pérez Díaz
Lcdo. Harold Vicente González
Lcda. Sylvia Vilanova
Lcda. Celina Romany
Lcdo. Manuel Martínez Umpierre

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*